UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY | CIVIL ACTION NO. 04-0140 |
| VERSUS | SECTION "L", MAG 1 |
| OFFSHORE MARINE CONTRACTORS, INC., d/b/a OFFSHORE MARINE SERVICE INC. and DEBIS FINANCIAL SERVICES, INC. | JUDGE ELDON E. FALLON |
| | MAG. JUDGE SALLY SHUSHAN |

## ORDER ON MOTION FOR ENTRY OF SEPARATE JUDGMENT
(Fed. R. Civ. P. 54(b))

Pending before the Court is the motion of Offshore Marine Service, Inc. ("Offshore") filed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure to have this Court certify its prior Order dated July 25, 2006, which granted the Motions for Summary Judgment filed by Mover and co-defendant, Debis Financial Service, Inc., as suitable for a separate immediately appealable judgment as well as for an Order directing the Clerk to enter a separate and final judgment based on such Order.

Federal Rule of Civil Procedure 54 (b) allows the District Court to direct the entry of a final judgment as to one or more but fewer than all the claims in the case "upon determination that there is no just reason for delay and upon an express direction for the entry of judgment." This Court granted Offshore's Motion for Summary Judgment in this matter and Offshore now moves pursuant to Rule 54(b) for a certification that there is no reason to delay the entry of Final Judgment on these claims.

The Court expressly notes at the outset that the determination as to whether to direct entry

of final judgment is within the Court's discretion. In connection with the Court's exercise of its' discretion the Court specifically notes that this matter was filed originally as Declaratory Judgment Action seeking a declaration that the policy of insurance issued by plaintiff to defendant was void. The plaintiff, Underwriters Insurance Company, in addition to suing the insured, Offshore, cumulated within their Declaratory Judgment Action claims for recovery of monies paid not just against Offshore itself, but against the third party loss payees.

After initial discovery was done, Offshore filed a Motion for Summary Judgment asking this Court to rule in its favor dismissing plaintiff's claims for declaratory relief on multiple grounds, including but not limited to Offshore's assertion that all of the policy defenses which Underwriters Insurance Company may of had pursuant to the policy were waived. That motion was fully briefed and oral argument was heard by this Court. On July 25, 2006, the Court found specifically that Underwriters waived all of its policy defenses and granted Offshore's Motion for Summary Judgment. Having found that Underwriters waived its policy defenses, the Court pretermitted a discussion of Offshore's additional arguments specifically ruling that the Motion for Summary Judgment should be granted.

Given that this was originally filed as a Declaratory Judgment Action, and given the ruling of the Court on the Motion for Summary Judgment, the Court specifically finds that the Court's previous ruling granted the Motion for Summary Judgment filed by Offshore as well as that same Order granting the Motion for Summary Judgment filed by Debis effectively puts an end to this litigation in its entirety. The Court notes that while the Order and Reasons, due to the presence of multiple parties herein, is a non-final judgment, the claims asserted against the third party loss payees is practically and necessarily final in light of the Court's ruling as to Offshore. In light of the Court's ruling, the claims against Offshore should be dismissed and the case is

effectively at an end. Accordingly the Court is of the opinion that the requisites for Rule 54 (b) have been satisfied.

Given the above, IT IS HEREBY ORDERED THAT:

1. The Motion seeking entry of Separate Judgment filed herein by Offshore is hereby granted;

2. It is ordered by the Court that there is no just reason for the delay of entry of Final Judgment on the Court's prior Order of July 25, 2006 which fully and finally disposed of the claims asserted herein by Underwriters Insurance Company against Offshore Marine Service, Inc.;

3. The Clerk of Court is hereby directed to enter a separate Final Judgment in this action based on Court's order of July 25, 2006; and

4. In accordance with the previous Order of this Court granting the Motion for Summary Judgment, the final Order entered by the Clerk should provide that all claims asserted herein by Underwriters Insurance Company against Offshore Marine Service, Inc., and Debis Financial Service, Inc. in the above captioned matter are hereby dismissed at Plaintiff's costs.

This done and passed at New Orleans, Louisiana the \_\_\_20th\_\_\_ day of September, 2006.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE