**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 04-140 |
| OFFSHORE MARINE CONTRACTORS, INC. dba Offshore Marine Service, Inc., ET AL | SECTION: L |

<u>RULE 54(b) JUDGMENT</u>

Considering the Court's Order dated September 20, 2006,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Offshore Marine Contractors, Inc. dba Offshore Marine Service, Inc., and Debis Financial Services, Inc., and against plaintiff, North American Specialty Insurance Company fka Underwriters Insurance Company, dismissing said plaintiff's claims against said defendants with prejudice and costs.

New Orleans, Louisiana, this __3rd__ day of October, 2006.

                                            **ELDON E. FALLON**
                                            **UNITED STATES DISTRICT JUDGE**